CAMILO ECHAVARRIA (State Bar No. 192481)
  camiloechavarria@dwt.com
GIANCARLO UREY (State Bar No. 267069)
  giancarlourey@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
BANK OF AMERICA, N.A., incorrectly named as
Bank of America Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. **8:17-cv-01160-DOC (KESx)**<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)]<br><br>The Hon. David O. Carter |

# ORDER

Pursuant to the parties' Stipulation of Dismissal of Entire Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED:

1. That the above-captioned case be dismissed with prejudice in its entirety, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 8, 2018

*/s/ David O. Carter*
Honorable David O. Carter
United States District Judge

1

~~PROPOSED~~ ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE
4847-9815-5355v.1 4900000-001947

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899